UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-327-T-30EAJ

ELEAZAR SOTO

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 323), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for one 1972 Chevrolet 2-door convertible, Vehicle Identification Number 1M67H2S125926 ("Chevrolet").

The Court, being fully advised in the premises, hereby finds as follows:

1. On March 10, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, all right, title, and interest in the Chevrolet.  (Doc. 216).

2. On August 4, 2011, the defendant was sentenced, and the Chevrolet was found subject to forfeiture and included in the Judgment.  (Docs. 317, 321).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the Chevrolet, on the official government website, www.forfeiture.gov, from March 11, 2011 through April 10, 2011.  (Doc. 223).  The publication gave notice to all third parties with a legal interest in the Chevrolet to file with the Office of the Clerk, United

States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4.  No person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the Chevrolet.  No third party has filed a petition or claimed an interest in the Chevrolet, and the time for filing a petition has expired.  Thus, any third-party interest in the Chevrolet is now barred.

5.  The Court finds that the Chevrolet is the property of defendant Eleazar Soto.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 323) is **GRANTED**.  It is FURTHER ORDERED that all right, title and interest in the Chevrolet is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the Chevrolet is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-327.Soto forfeit 323.wpd